STATE OF NEW JERSEY v. HELEN VILLARE.

September 21, 1972. Petition for certification denied.

SADIE MINDLIN v. BOARD OF ADJUSTMENT OF CITY OF ENGLEWOOD.

September 21, 1972. Petition for certification denied.

PARK PLAZA CORPORATION t/a CRYSTAL PLAZA v. BOARD OF ADJUSTMENT OF TOWNSHIP OF LIVINGSTON.

September 21, 1972. Petition for certification denied.

EDWIN J. DOBSON, JR., INC., v.
RUTGERS, THE STATE UNIVERSITY.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND FRANCIS PROSS.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OWEN TONKINS.

September 21, 1972. Petition for certification denied.